Certificate Number: 05781-VAE-DE-041302100

Bankruptcy Case Number: 26-71699

05781-VAE-DE-041302100

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2026, at 10:05 o'clock AM PDT, Douglas Burns completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President